UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ORLANDO AGUILAR, on his own behalf
and others similarly situated,

    Plaintiff,

v.                                                         CASE NO. 2:10-CV-141-FtM-36SPC

ABC SUPPLY COMPANY, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell on September 23, 2010 (Dkt. 28) recommending that the Court grant the Amended Joint Motion for Approval of Proposed Settlement Agreement (Dkt. 26) and approve the Settlement Agreement and Release (Dkt. 26, Ex. A). The parties jointly filed a Notice of Non Objection to Report and Recommendation on September, 29, 2010 (Dkt. 29).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

**ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 28) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2) The Amended Joint Motion for Approval of Proposed Settlement Agreement (Dkt. 26) is **GRANTED**. The Settlement Agreement and Release (Dkt. 26, Ex. A) are **APPROVED**.

3) This case is dismissed with prejudice.

4) The clerk is directed to terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on October 8, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD